

| | | | |
|---|---|---|---|
| Com. v. Vidra | 1327 EDA 2015<br>Affirmed | 06/28/2016 | CP–51–CR–007098–2014<br>(Philadelphia) |
| Com. v. Epps | 1410 EDA 2015<br>Affirmed | 06/28/2016 | CP–51–CR–0005747–2014<br>(Philadelphia) |
| Com. v. Wright | 1723 EDA 2015<br>Affirmed | 06/28/2016 | CP–51–CR–0009147–2008<br>(Philadelphia) |
| Phoenixville Federal Bank v. Puleo | 1730 EDA 2015<br>Affirmed | 06/28/2016 | 2012–01133<br>(Chester) |
| Overlook Road Farm v. Aqua Pennsylvania | 1847 EDA 2015<br>Affirmed | 06/28/2016 | 11–106690<br>(Chester) |
| Com. v. Coleman | 2044 EDA 2015<br>Appeal<br>dismissed | 06/28/2016 | CP–46–CR–0006463–2010<br>(Montgomery) |
| H.Z. v. M.B. | 2470 EDA 2015<br>Affirmed | 06/28/2016 | 2010–18179<br>(Montgomery) |
| Com. v. Hill | 2612 EDA 2015Affirmed | 06/28/2016 | CP–23–CR–0005508–2013<br>(Delaware) |
| Com. v. Ross | 3603 EDA 2015<br>Affirmed | 06/28/2016 | CP–23–CR–0005393–2005<br>(Delaware) |
| Churlick v. Manor Care of Carlisle | 1108 MDA 2015<br>Affirmed | 06/28/2016 | 12–7476<br>(Cumberland) |
| Com. v. Kennedy | 1195 MDA 2015<br>Affirmed | 06/28/2016 | CP–22–CR–0002901–2014<br>(Dauphin) |
| Mills v. Gubbio's, LLC | 1907 MDA 2015<br>Affirmed | 06/28/2016 | 13 CV 2940<br>(Lackawanna) |
| In the Interest of: R.M.R. | 22 MDA 2016<br>Affirmed | 06/28/2016 | CP–36–DP–0000258–2015<br>(Lancaster) |
| Com. v. Skundrich | 2010 WDA 2014<br>Quashed | 06/28/2016 | CP–10–CR–0002199–2011<br>(Butler) |
| Matthews v. Teslovich | 54 WDA 2014<br>Reversed | 06/28/2016 | 2593 of 2011 GD<br>(Fayette) |
| Com. v. Richards | 488 WDA 2015<br>Affirmed | 06/28/2016 | CP–02–CR–0000567–2014<br>(Allegheny) |
| Stanley v. Stanley | 584 WDA 2015<br>Reversed and<br>Remanded | 06/28/2016 | No. AD–762–2014<br>(Greene) |
| Com. v. Johnson | 1127 WDA 2015<br>Affirmed | 06/28/2016 | CP–25–CR–0000572–2015<br>(Erie) |